UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-75-1D

UNITED STATES OF AMERICA          :
                                  :
            V.                    :          O R D E R
                                  :          (UNDER SEAL)
JEFFREY LEE MCCOTTER              :


    Upon motion of the United States, it is hereby ORDERED Docket
Entry Number 143 be sealed until such time as requested to be
unsealed by the United States Attorney.

    It is FURTHER ORDERED that the Clerk provide a signed copy of
the Order to the United States Attorney's Office.

    IT IS SO ORDERED, this the __2__ day of February, 2011.


                              JAMES C. DEVER III
                              United States District Judge