IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CR-75-D
No. 4:14-CV-100-D

| | | |
|---|---|---|
| JEFFREY LEE MCCOTTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On March 30, 2015, Jeffery Lee McCotter filed a motion for certificate of appealability [D.E. 222]. On January 26, 2015, the court dismissed McCottter's section 2255 motion and denied a certificate of appealability [D.E. 219]. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000). The motion [D.E. 222] lacks merit and is DENIED.

SO ORDERED. This 24 day of June 2015.

JAMES C. DEVER III
Chief United States District Judge