IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CR-75-D
No. 4:14-CV-100-D
No. 4:15-CV-129-D
No. 4:16-CV-131-D

| | | |
|---|---|---|
| JEFFREY LEE MCCOTTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The United States shall file a response to petitioner's motions [D.E. 266, 267]. The response

is due not later than December 20, 2017.

SO ORDERED. This _20_ day of November 2017.

_____
JAMES C. DEVER III
Chief United States District Judge