IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No.: 4:09-CR-75-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY LEE MCCOTTER, )<br>)<br>Defendant | **ORDER** |

This matter comes before the Court on the Government's Motion to Seal Exhibits 1 and 3 – Defendant's Medical Records [D.E. 307, 308] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 302]  For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibits 1 and 3– Defendant's Medical Records [D.E. 307, 308].

SO ORDERED this _8_ day of ___June___, 2021.

_____
JAMES C. DEVER III
United States District Court Judge