UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-75-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| JEFFREY LEE MCCOTTER | |

On motion of the Defendant, Jeffrey Lee McCotter, and for good cause shown, it is hereby ORDERED that **DE 310** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _8_ day of June, 2021.

JAMES C. DEVER III
United States District Court Judge